UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

v.                          CRIMINAL ACTION NO. 2:06-00156

**YUSEF ALI**

SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
MEMORANDUM OPINION AND ORDER

On August 21, 2014, the United States of America appeared by C. Haley Bunn, Assistant United States Attorney, and the defendant, Yusef Ali, appeared in person and by his counsel, Philip B. Sword, for a hearing on the petition on supervised release submitted by United States Probation Officer Lilla Adkins.  The defendant commenced a four-year term of supervised release in this action on July 21, 2010, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on August 9, 2007.

The court heard the admissions of the defendant and the representations and argument of counsel.

**For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respect:  the defendant used and possessed controlled substances without a prescription as evidenced by positive urine specimens submitted by him on November 4, 2013, for marijuana and oxymorphone; December 9, 2013, for marijuana and cocaine; January 6, 2014; for marijuana; February 13, 2014, for marijuana, cocaine, oxycodone and oxymorphone; May 19, 2014, for marijuana and cocaine; and July 2, 2014, for marijuana; all as admitted by the defendant on the record of the hearing and as set forth in the petition on supervised release.**

**And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violation if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.**

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of TWO (2) MONTHS, to be followed by a term of twenty-four (24) months of supervised release upon the standard conditions of supervised release now in effect in this district by order entered June 22, 2007, and the further condition that the defendant not commit another federal, state or local crime.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED:  August 26, 2014

John T. Copenhaver, Jr.
United States District Judge